IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. | 1:15-CR-258 (GLS) |
| | ) | |
| v. | ) Indictment | |
| | ) | |
| RAYMOND BAKER, | ) Violations: | 21 U.S.C. §§ 841(a)(1), 846 [Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance (Heroin)] |
| | ) One Count | |
| Defendant. | ) Counties of Offense: | Albany and Schenectady |

*FILED SEP 1 1 2015 — U.S. DISTRICT COURT - N.D. OF N.Y., Lawrence K. Baerman, Clerk - Albany*

**THE GRAND JURY CHARGES:**

**[Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance (Heroin)]**

Between in or about February 2015 and on or about June 16, 2015, in Albany and Schenectady Counties in the Northern District of New York, the defendant, **RAYMOND BAKER**, conspired with others to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1). That violation involved heroin, a controlled substance in Schedule I, in violation of Title 21, United States Code, Section 841(b)(1)(C).

**PRIOR DRUG FELONY CONVICTION**

1. Count One of this Indictment is hereby incorporated by reference.

2. The defendant, **RAYMOND BAKER**, has a prior, final conviction for a felony drug offense, that is, on or about March 20, 2011, in the United States District Court for the Northern District of New York, the defendant was convicted of Conspiracy to Possess with

Intent to Distribute and to Distribute Heroin, in violation of 21 U.S.C. §§ 846 and 841(a)(1), and was sentenced to a period of incarceration of 46 months, which conviction affects the penalty provisions of Title 21, United States Code, Section 960(b)(3), which apply to Count One of this Indictment.

Dated: 9/11/15

A TRUE BILL, name redacted

Grand Jury Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By:
Elizabeth R. Rabe
Wayne A. Myers
Assistant United States Attorneys

2